UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD FLORES, ) | |
| ) | Case No. 16 CV 4264 |
| Plaintiff, ) | |
| v. ) | Judge Pallmeyer |
| ) | |
| P.O. S. EXCLUSA #18580, P.O. K. ) | |
| PFEIFER #12180, P.O. B. MARTINEZ ) | Magistrate Judge Cox |
| #14519, P.O. M. SMOLEK #10259, P.O. G) | |
| BEDOY, #3241 and THE CITY OF ) | |
| CHICAGO, a municipal corporation ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

**FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, EDWARD FLORES, by and through his attorneys Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. S. EXCLUSA #18580, P.O. K. PFEIFER #12180, P.O. B. MARTINEZ, #14519, P.O. M. SMOLEK, #10259, individually and the CITY OF CHICAGO, a municipal corporation, as follows:

**COUNT I - FALSE ARREST – P.O. MARTINEZ, P.O. M. SMOLEK, and P.O. G BEDOY**

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, EDWARD FLORES, accomplished by acts and/or omissions of the Defendants, P.O. S. EXCLUSA #18580, P.O. K. PFEIFER #12180, P.O. B. MARTINEZ, #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, EDWARD FLORES, was at all relevant times, a resident of the State of Illinois.

4. At all relevant times, the Defendants P.O. S. EXCLUSA #18580, P.O. K. PFEIFER #12180, P.O. B. MARTINEZ, #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241 were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about December 11, 2014, the Plaintiff, EDWARD FLORES was walking toward his home.

6. The Plaintiff was not committing a crime or breaking any laws.

7. The Defendants, P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241 stopped the Plaintiff in the vicinity of 54th and Maplewood, taking him into custody.

8. The Plaintiff was not committing a crime or breaking any laws.

9. There were no facts to support any probable cause that Plaintiff was committing a crime.

10. The Plaintiff was handcuffed and taken into custody.

11. At all relevant times, the Defendants, P P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, were acting pursuant to the customs and policies of the Chicago Police Department.

12. The actions of the Defendants, P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, were intentional, willful and with malice.

13. Said actions of the Defendants, P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

14. As a direct and proximate consequence of said conduct of the Defendants, P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, the Plaintiff, EDWARD

FLORES, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

WHEREFORE, the Plaintiff, EDWARD FLORES, prays for judgment in his favor and against the Defendants, P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – FALSE ARREST - P.O. S. EXCLUSA and P.O. K. PFEIFER

1-10. The Plaintiff hereby alleges and incorporates his allegations of paragraphs 1-10 as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11. The Plaintiff was then transported to the vicinity of 54th and Artesian.

12. There, Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, arrested the Plaintiff, Edward Flores for vehicle theft and other traffic violations.

13. There were no facts to support probable cause for said arrest.

14. At all relevant times the Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

15. The Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, were acting pursuant to the customs and policies of the Chicago Police Department.

16. The actions of the Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, were intentional, willful and wanton.

17. Said actions of the Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

3

18. As a direct and proximate consequence of said conduct of the Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, the Plaintiff, EDWARD FLORES, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

## COUNT III – MALICIOUS PROSECUTION

1-14. The Plaintiff hereby alleges and incorporates his allegations of paragraphs 3-16 of Count II as his respective allegations of paragraphs 1-14 of Count III as though fully set forth herein

15. The Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, continued with the prosecution of the Plaintiff, Edward Flores, knowing the charges were false.

16. The Plaintiff had to retain legal counsel to defend himself.

17. The matter proceeded to trial.

18. The Plaintiff was found not guilty.

19. As a result of the actions of the Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, the Plaintiff, EDWARD FLORES, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

WHEREFORE, the Plaintiff, EDWARD FLORES, prays for judgment in his favor and against the Defendants, P.O. S. EXCLUSA #18580 and P.O. K. PFEIFER #12180, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT IV: INDEMNIFICATION - AGAINST CITY OF CHICAGO

1-16. The Plaintiff, EDWARD FLORES, hereby realleges and incorporates the allegations of paragraphs 1-14 of Count I and 1-16 of Count II and 1-16 of Count III as his respective allegations of paragraph 1-16 of Count IV as though fully set forth herein.

4

17. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

18. At all times, the Defendants, P.O. S. EXCLUSA #18580, P.O. K. PFEIFER #12180, P.O. B. MARTINEZ #14519, P.O. M. SMOLEK, #10259, P.O. G. Bedoy, #3241, were police officers employed with the CITY OF CHICAGO who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should any one or more of the Defendant Officers be found liable for the acts alleged above, Defendant CITY OF CHICAGO Would be liable to pay the Plaintiff any judgment obtained against any one or more of the Defendant Officers.

## JURY DEMAND

The Plaintiff, EDWARD FLORES hereby requests a trial by jury.

Respectfully submitted

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**